IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JOSEPH BOOZE,

    Petitioner,        No. CIV S-08-1906 DAD P

    vs.

D.K. SISTO,

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254. Respondent filed an answer to the petition on November 21, 2008, and petitioner filed a reply on January 12, 2009. This matter is now submitted for decision. However, the court has not received a form regarding consent or request for reassignment from respondent. The Clerk of the Court is hereby directed to serve the court's form regarding consent or request for reassignment on respondent's counsel.

        IT IS SO ORDERED.

DATED: January 28, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
boo1906.consent